No. 1450, Misc.  CARRIER ET AL. *v.* UNITED STATES. C. A. 5th Cir.  Certiorari denied.  *H. Alva Brumfield* and *Sylvia Roberts* for petitioners.  *Solicitor General Marshall* for the United States.

No. 1445, Misc.  SCHACK *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.

No. 862, Misc.  CHEVALLIER *v.* TEXAS.  Crim. Dist. Ct. No. 4, Harris County, Texas.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.  *William E. Gray* for petitioner.  *Crawford C. Martin,* Attorney General of Texas, *George M. Cowden,* First Assistant Attorney General, *R. L. Lattimore, Howard M. Fender* and *Gilbert J. Pena,* Assistant Attorney General, and *A. J. Carubbi, Jr.,* for respondent.

No. 12.  NEELY *v.* MARTIN K. EBY CONSTRUCTION CO., INC., *ante,* p. 317;

No. 937.  BROWN ET AL. *v.* STERLING ALUMINUM PRODUCTS CORP., *ante,* p. 957;

No. 946.  WOODY ET AL. *v.* STERLING ALUMINUM PRODUCTS, INC., ET AL., *ante,* p. 957;

No. 987.  PORTER ET AL. *v.* PORTER, *ante,* p. 957;

No. 1007.  LOCKLIN ET AL., DBA RADIANT COLOR CO. *v.* SWITZER BROTHERS, INC., *ante,* p. 963;

No. 1031.  SPIGNER *v.* UNITED STATES, *ante,* p. 971;

No. 8, Misc.  LOTT *v.* TEXAS, *ante,* p. 928;

No. 1225, Misc.  DANIELS *v.* UNITED STATES, *ante,* p. 968;

No. 1290, Misc.  KELLY, AKA SHANNON *v.* CHIEF OF POLICE, COFFEYVILLE POLICE DEPT., *ante,* p. 986;

No. 1613, Misc.  ALI, AKA CLAY, ET AL. *v.* GORDON, U. S. DISTRICT JUDGE, *ante,* p. 1002.  Petitions for rehearing denied.